# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

IN RE: **Victorio Hanapin Talaoc**  Case No. **10-61407**
**Elvira Catherine Talaoc**
Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

> *Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*
>
> *Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

## Plan Summary

A. The Debtor's Plan Payment will be **Variable Payments**, paid by ☐ Pay Order or ☑ Direct Pay for **60 months**. The gross amount to be paid into the plan is **$74,579.00**.

B. The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately **7%** of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

C. The value of the Debtor's non-exempt assets is **$0.00**.

D. If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

## Plan Provisions

### I. Vesting of Estate Property

☐ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☑ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

IN RE: **Victorio Hanapin Talaoc**  Case No. **10-61407**
**Elvira Catherine Talaoc**
Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 1*

## II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
| Honda American Finance Corp. 2010 Honda Civic | $59.50 | |
| HSBC/Furniture Row Bedroom set, bed, coffee table, table and entertai | $3.40 | |
| Phoenix Financing Vacuum cleaner | $3.40 | |
| USAA 4610 Causeway Ct | $39.10 | |
| USAA Federal Savings Bank 2006 Chevy Suburban | $62.90 | |
| Wells Fargo Financial Couch, bedroom set and a desk | $1.70 | |

## III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| AT&T | Cell phone contract | Assumed | No |
| Dos Santos Apartment | Apartment Lease | Assumed | No |
| Gold's Gym | Fitness contranct | Assumed | No |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

IN RE:  **Victorio Hanapin Talaoc**  Case No. **10-61407**
       **Elvira Catherine Talaoc**
       Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 2*

---

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| HSBC/Furniture Row<br>Bedroom set, bed, coffee table, table and entertai | $3,106.00 | $1,000.00 | $21.36 Avg. | 6% | $1,153.36 | |
| USAA Federal Savings Bank<br>2006 Chevy Suburban | $29,985.00 | $19,850.00 | $417.16 Avg. | 7% | $23,777.87 | |
| Wells Fargo Financial<br>Couch, bedroom set and a desk | $2,591.00 | $625.00 | $13.01 Avg. | 6% | $741.35 | |

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____**December 3, 2010**_____ .”

**/s/ Victorio Hanapin Talaoc**              **/s/ Elvira Catherine Talaoc**
Debtor              Joint Debtor

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Victorio Hanapin Talaoc**　　　　　　　　　　　Case No. **10-61407**
　　　　**Elvira Catherine Talaoc**
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter 13 Proceeding

☐ *AMENDED*　　☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 3*

## VI. Specific Treatment for Payment of Allowed Claims

**1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS**

**A.** Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| USAA<br>4610 Causeway Ct | | $146,849.00 | $1,275.00 |

**B.** Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| | |

**2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS**

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums disbursed, except on any funds returned to the Debtor. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method:<br>before secured creditors,<br>after secured creditors, or<br>along with secured | Remarks |
|---|---|---|---|
| The Carlson Law Firm, P.C. | $2,375.00 | Along With | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method:<br>before secured creditors,<br>after secured creditors, or<br>along with secured | Remarks |
|---|---|---|---|
| | | | |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE: **Victorio Hanapin Talaoc**  Case No. **10-61407**
**Elvira Catherine Talaoc**
Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 4*

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| USAA 4610 Causeway Ct | $11,998.24 | $11,998.24 | $239.96 Avg. | 0% | $11,998.24 | |

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Honda American Finance Corp. 2010 Honda Civic | $18,859.00 | $18,750.00 | $396.59 Avg. | 7% | $22,605.79 | Pay claim amount |
| HSBC/Furniture Row Bedroom set, bed, coffee table, table and entertai | $3,106.00 | $1,000.00 | $21.36 Avg. | 6% | $1,153.36 | |
| Phoenix Financing Vacuum cleaner | $815.42 | $200.00 | $20.85 Avg. | 6% | $917.45 | Pay claim amount |
| USAA Federal Savings Bank 2006 Chevy Suburban | $29,985.00 | $19,850.00 | $417.16 Avg. | 7% | $23,777.87 | |
| Wells Fargo Financial Couch, bedroom set and a desk | $2,591.00 | $625.00 | $13.01 Avg. | 6% | $741.35 | |

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately ___**7%**___ of their allowed claims.

Form 11/7/05   *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Victorio Hanapin Talaoc**  Case No. **10-61407**
**Elvira Catherine Talaoc**
Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 5*

**Totals:**

| | |
|---|---|
| Administrative Claims | **$2,375.00** |
| Priority Claims | **$0.00** |
| Arrearage Claims | **$11,998.24** |
| Cure Claims | **$0.00** |
| Secured Claims | **$41,149.42** |
| Unsecured Claims | **$47,504.50** |

## VII. Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:

**Sale of Exempt Property**

Exempt property may be sold by the Debtor (s) at any time after confirmation without further order of this Court. Proceeds from the sale of exempt property may be paid directly to the Debtor (s)

**Secured Creditors' Security Agreements**

Except as otherwise provided herein, secured creditors' agreements are ratified and remedies upon default may be exercised upon granting of an order conditioning the stay.

**Affirmation of Value**

The Debtor(s) by their signature below, hereby swear and affirm that the purchase date, collateral description, and value as described on schedules B & D accordingly, are true and correct to the best of their knowledge. Auto valuations are based upon a review of NADA accounting for the vehicle's condition, mileage and options as of the case filing date.

**Property Tax**

All future property tax will be paid directly by the debtors within the mortgage payment.

**GOVERNMENT DEBTS**

The Debtor(s) are currently repaying an advance pay loan (i.e., AER loan, Red Cross Loan) at the rate of $186.66 per month. This debt will be paid in full in December 2011. Plan payments will increase to $1297.00 per month in month 14 of the plan.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

IN RE: **Victorio Hanapin Talaoc**  Case No. **10-61407**
**Elvira Catherine Talaoc**
Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 6*

Respectfully submitted this date:  __**12/03/2010**_____.

                                    **/s/ Vicki L. Carlson**
                                    Vicki L. Carlson
                                    400 W. Jasper Dr.
                                    P.O. BOX 10520
                                    Killeen, TX 76542
                                    Phone: (254) 526-5688 / Fax: (254) 526-8204
                                    (Attorney for Debtor)

**/s/ Victorio Hanapin Talaoc**          **/s/ Elvira Catherine Talaoc**
Victorio Hanapin Talaoc               Elvira Catherine Talaoc
4610 Causeway Court                  4610 Causeway Court
Killeen, TX 76549                       Killeen, TX 76549
(Debtor)                                     (Joint Debtor)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Victorio Hanapin Talaoc** CASE NO **10-61407**
**Elvira Catherine Talaoc**
*Debtor(s)* CHAPTER **13**

## EXHIBIT "B" - VARIABLE PLAN PAYMENTS

**PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)**

| Month | Payment | Month | Payment | Month | Payment |
|---|---|---|---|---|---|
| 1 | $300.00 | 21 | $1,297.00 | 41 | $1,297.00 |
| 2 | $1,110.00 | 22 | $1,297.00 | 42 | $1,297.00 |
| 3 | $1,110.00 | 23 | $1,297.00 | 43 | $1,297.00 |
| 4 | $1,110.00 | 24 | $1,297.00 | 44 | $1,297.00 |
| 5 | $1,110.00 | 25 | $1,297.00 | 45 | $1,297.00 |
| 6 | $1,110.00 | 26 | $1,297.00 | 46 | $1,297.00 |
| 7 | $1,110.00 | 27 | $1,297.00 | 47 | $1,297.00 |
| 8 | $1,110.00 | 28 | $1,297.00 | 48 | $1,297.00 |
| 9 | $1,110.00 | 29 | $1,297.00 | 49 | $1,297.00 |
| 10 | $1,110.00 | 30 | $1,297.00 | 50 | $1,297.00 |
| 11 | $1,110.00 | 31 | $1,297.00 | 51 | $1,297.00 |
| 12 | $1,110.00 | 32 | $1,297.00 | 52 | $1,297.00 |
| 13 | $1,110.00 | 33 | $1,297.00 | 53 | $1,297.00 |
| 14 | $1,297.00 | 34 | $1,297.00 | 54 | $1,297.00 |
| 15 | $1,297.00 | 35 | $1,297.00 | 55 | $1,297.00 |
| 16 | $1,297.00 | 36 | $1,297.00 | 56 | $1,297.00 |
| 17 | $1,297.00 | 37 | $1,297.00 | 57 | $1,297.00 |
| 18 | $1,297.00 | 38 | $1,297.00 | 58 | $1,297.00 |
| 19 | $1,297.00 | 39 | $1,297.00 | 59 | $1,297.00 |
| 20 | $1,297.00 | 40 | $1,297.00 | 60 | $1,297.00 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Victorio Hanapin Talaoc**             CASE NO. **10-61407**
*Debtor*

**Elvira Catherine Talaoc**             CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 3, 2010, a copy of the attached Chapter 13 Plan, with any attachments, and Budget and Monthly Family Income were served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

**/s/ Vicki L. Carlson**
Vicki L. Carlson
Bar ID: 24027669
The Carlson Law Firm, P.C.
400 W. Jasper Dr.
P.O. BOX 10520
Killeen, TX 76542
(254) 526-5688

---

AAFES
601943100015449
P.O. Box 660202
Dallas, TX 75266-0202
Attn: DCZ

Brookwood Loans
9991219
P.O. Box 91607
Sioux Falls, SD 57109

GEMB/Lowes
81924446443855
P.O. Box 981400
El Paso, TX 79998

ADT
15039629
1 Town Center Rd.
P.O. Box 5035
Boca Raton, FL 33431

Chase
4266-8410-5155-2519
Bankruptcy Dept.
P.O. Box 52188
Phoenix, AZ 85072

GEMB/Sams Club
7714220263673246
P.O. Box 981400
El Paso, TX 79998

Bank Of America
48888940019570601
7105 Corporate Dr.
Plano, TX 75024

Chase/Bank One Card Service
4266-8410-5155-2519
P.O. Box 15298
Wilmington, DE 19850

Home Depot
60353202730911098
P.O. Box 6497
Sioux Falls, SD 57117

Beneficial
169601134687
P.O. Box 4153
Carol Stream, IL 60197

Client Services, Inc.
3451 Harry Truman Blvd.
St. Charles, MO 63301-4047

Honda American Finance Corp.
124945724
P.O. Box 7829
Philadelphia, PA 19101-7829

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

IN RE: **Victorio Hanapin Talaoc**　　　　　　　　　　　CASE NO. **10-61407**
　　　　　　　　*Debtor*

　　　　**Elvira Catherine Talaoc**　　　　　　　　　　　CHAPTER **13**
　　　　　　　*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

| | | |
|---|---|---|
| Household Bank<br>2006-2008<br>P.O. Box 19360<br>Portland, OR 97280 | Navy Federal Credit Union<br>7014385657<br>P.O. Box 3000<br>Merrifield, VA 22119 | USAA Federal Savings Bank<br>50126101<br>10750 McDermott Fwy.<br>San Antonio, TX 78288-0570 |
| Household Credit Services<br>5440-4550-3822-8980<br>P.O. Box 81622<br>Salinas, CA 93912-1622 | Phoenix Financing<br>2090109458<br>8906 Wall Street, Ste 101<br>Austin, TX 78754 | USAA Savings Bank<br>5491-2372-7977-8651<br>P O Box 14050<br>Las Vegas, NV 89114-4050 |
| HSBC Bank<br>5458-0015-5908-8905<br>P.O. Box 2013<br>Buffalo, NY 14240 | Ray Hendren, Trustee<br>3410 Far West Blvd, Suite 200<br>Austin, TX 78737<br>info@rayhendren13.com | Victorio Hanapin Talaoc<br>4610 Causeway Court<br>Killeen, TX 76549 |
| HSBC Best Buy<br>7021271346872739<br>P.O. Box 5253<br>Carol Stream, IL 60197 | Tate & Kirlin Associates<br>6593451<br>2810 Southampton Rd<br>Philadelphia, PA 19154 | Washington Mutual<br>11502677<br>3707 Franklin Avenue<br>Waco, TX 76710 |
| HSBC/Furniture Row<br>593601106463076<br>P.O Box 703<br>Wood Dale, IL 60191 | The Farrell Law Group<br>O.O. Box 32274<br>Kansas City, MO 64171 | Wells Fargo Financial<br>4071-1000-0972-2624<br>4137 121st Street<br>Urbandale, IA 50323 |
| Leading Edge<br>6363<br>P.O. Box 129<br>Linden, MI 48451 | USAA<br>0702140224<br>P.O. Box 205<br>Waterloo, IA 50704 | Wells Fargo Financial<br>4435001098<br>4137 121st Street<br>Urbandale, IA 50323 |
| Loan Point USA<br>591718<br>6950 W 56th St.<br>Mission, KS 66202 | USAA<br>P.O. Box 205<br>Waterloo, IA 50704 | |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

IN RE: **Victorio Hanapin Talaoc,** Debtor  CASE NO **10-61407**

**Elvira Catherine Talaoc,** Joint Debtor  CHAPTER **13**

## PROPOSED PAYMENT SCHEDULE FOR CHAPTER 13 PLAN (PRO FORMA)

*The following payment schedule is a projection of the anticipated payments to be made to the creditors under the plan. This Pro Forma serves as support documentation to the debtor's proposed plan. Actual distributions by the Chapter 13 Trustee may vary.*

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Honda American Finance Corp. | $18,859.00 | 7.00% | $3,746.79 | $59.85 | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 |
| HSBC/Furniture Row | $1,000.00 | 6.00% | $153.36 | $3.42 | $18.00 | $18.00 | $18.00 | $18.00 | $18.00 |
| Phoenix Financing | $815.42 | 6.00% | $102.03 | $3.42 | $18.00 | $18.00 | $18.00 | $18.00 | $18.00 |
| The Carlson Law Firm, P.C. | $2,375.00 | 0.00% | $0.00 | $99.00 | $99.00 | $99.00 | $99.00 | $99.00 | $99.00 |
| USAA | $11,998.24 | 0.00% | $0.00 | $39.33 | $206.99 | $206.99 | $206.99 | $206.99 | $206.99 |
| USAA Federal Savings Bank | $19,850.00 | 7.00% | $3,927.87 | $63.27 | $333.01 | $333.01 | $333.01 | $333.01 | $333.01 |
| Wells Fargo Financial | $625.00 | 6.00% | $116.35 | $1.71 | $9.00 | $9.00 | $9.00 | $9.00 | $9.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $300.00 | $1,110.00 | $1,110.00 | $1,110.00 | $1,110.00 | $1,110.00 |
| NEW BALANCE: | | | | $300.00 | $1,110.00 | $1,110.00 | $1,110.00 | $1,110.00 | $1,110.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$270.00** | **$999.00** | **$999.00** | **$999.00** | **$999.00** | **$999.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $30.00 | $111.00 | $111.00 | $111.00 | $111.00 | $111.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Honda American Finance Corp. | $18,859.00 | 7.00% | $3,746.79 | $315.01 | $315.01 | $315.01 | $315.01 | $315.01 | $315.02 |
| HSBC/Furniture Row | $1,000.00 | 6.00% | $153.36 | $18.00 | $18.00 | $18.00 | $18.00 | $18.00 | $18.00 |
| Phoenix Financing | $815.42 | 6.00% | $102.03 | $17.99 | $18.00 | $18.00 | $17.99 | $17.99 | $17.99 |
| The Carlson Law Firm, P.C. | $2,375.00 | 0.00% | $0.00 | $99.00 | $98.99 | $98.99 | $98.99 | $98.99 | $98.99 |
| USAA | $11,998.24 | 0.00% | $0.00 | $206.99 | $206.99 | $206.99 | $206.99 | $206.99 | $206.98 |
| USAA Federal Savings Bank | $19,850.00 | 7.00% | $3,927.87 | $333.01 | $333.01 | $333.01 | $333.02 | $333.02 | $333.02 |
| Wells Fargo Financial | $625.00 | 6.00% | $116.35 | $9.00 | $9.00 | $9.00 | $9.00 | $9.00 | $9.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,110.00 | $1,110.00 | $1,110.00 | $1,110.00 | $1,110.00 | $1,110.00 |
| NEW BALANCE: | | | | $1,110.00 | $1,110.00 | $1,110.00 | $1,110.00 | $1,110.00 | $1,110.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$999.00** | **$999.00** | **$999.00** | **$999.00** | **$999.00** | **$999.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $111.00 | $111.00 | $111.00 | $111.00 | $111.00 | $111.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Honda American Finance Corp. | $18,859.00 | 7.00% | $3,746.79 | $315.02 | $373.92 | $373.92 | $373.92 | $373.92 | $373.93 |
| HSBC/Furniture Row | $1,000.00 | 6.00% | $153.36 | $18.00 | $21.37 | $21.37 | $21.37 | $21.37 | $21.37 |
| Phoenix Financing | $815.42 | 6.00% | $102.03 | $17.99 | $21.36 | $21.36 | $21.37 | $21.36 | $21.36 |
| The Carlson Law Firm, P.C. | $2,375.00 | 0.00% | $0.00 | $98.99 | $98.99 | $98.99 | $98.98 | $98.98 | $98.97 |
| USAA | $11,998.24 | 0.00% | $0.00 | $206.98 | $245.69 | $245.69 | $245.69 | $245.69 | $245.69 |
| USAA Federal Savings Bank | $19,850.00 | 7.00% | $3,927.87 | $333.02 | $395.29 | $395.29 | $395.29 | $395.30 | $395.30 |
| Wells Fargo Financial | $625.00 | 6.00% | $116.35 | $9.00 | $10.68 | $10.68 | $10.68 | $10.68 | $10.68 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,110.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 |
| NEW BALANCE: | | | | $1,110.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$999.00** | **$1,167.30** | **$1,167.30** | **$1,167.30** | **$1,167.30** | **$1,167.30** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $111.00 | $129.70 | $129.70 | $129.70 | $129.70 | $129.70 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Honda American Finance Corp. | $18,859.00 | 7.00% | $3,746.79 | $373.93 | $373.93 | $373.93 | $373.93 | $373.93 | $374.18 |
| HSBC/Furniture Row | $1,000.00 | 6.00% | $153.36 | $21.37 | $21.37 | $21.37 | $21.37 | $21.37 | $21.38 |
| Phoenix Financing | $815.42 | 6.00% | $102.03 | $21.36 | $21.36 | $21.36 | $21.36 | $21.37 | $21.37 |
| The Carlson Law Firm, P.C. | $2,375.00 | 0.00% | $0.00 | $98.97 | $98.97 | $98.97 | $98.97 | $98.96 | $98.31 |
| USAA | $11,998.24 | 0.00% | $0.00 | $245.69 | $245.69 | $245.69 | $245.68 | $245.68 | $245.81 |
| USAA Federal Savings Bank | $19,850.00 | 7.00% | $3,927.87 | $395.30 | $395.30 | $395.30 | $395.31 | $395.31 | $395.56 |
| Wells Fargo Financial | $625.00 | 6.00% | $116.35 | $10.68 | $10.68 | $10.68 | $10.68 | $10.68 | $10.69 |

IN RE: Victorio Hanapin Talaoc, Debtor     CASE NO **10-61407**

Elvira Catherine Talaoc, Joint Debtor     CHAPTER **13**

|  |  |  |  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 |
| NEW BALANCE: | | | | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,167.30 | $1,167.30 | $1,167.30 | $1,167.30 | $1,167.30 | $1,167.30 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $129.70 | $129.70 | $129.70 | $129.70 | $129.70 | $129.70 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Honda American Finance Corp. | $18,859.00 | 7.00% | $3,746.79 | $408.55 | $408.55 | $408.55 | $408.55 | $408.55 | $408.55 |
| HSBC/Furniture Row | $1,000.00 | 6.00% | $153.36 | $23.35 | $23.35 | $23.35 | $23.35 | $23.35 | $23.35 |
| Phoenix Financing | $815.42 | 6.00% | $102.03 | $23.35 | $23.35 | $23.35 | $23.35 | $23.35 | $23.35 |
| The Carlson Law Firm, P.C. | $2,375.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| USAA | $11,998.24 | 0.00% | $0.00 | $268.48 | $268.48 | $268.48 | $268.48 | $268.48 | $268.48 |
| USAA Federal Savings Bank | $19,850.00 | 7.00% | $3,927.87 | $431.90 | $431.90 | $431.90 | $431.90 | $431.90 | $431.90 |
| Wells Fargo Financial | $625.00 | 6.00% | $116.35 | $11.67 | $11.67 | $11.67 | $11.67 | $11.67 | $11.67 |

|  |  |  |  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 |
| NEW BALANCE: | | | | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,167.30 | $1,167.30 | $1,167.30 | $1,167.30 | $1,167.30 | $1,167.30 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $129.70 | $129.70 | $129.70 | $129.70 | $129.70 | $129.70 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 31 | MONTH 32 | MONTH 33 | MONTH 34 | MONTH 35 | MONTH 36 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Honda American Finance Corp. | $18,859.00 | 7.00% | $3,746.79 | $408.55 | $408.55 | $408.55 | $408.55 | $408.55 | $408.55 |
| HSBC/Furniture Row | $1,000.00 | 6.00% | $153.36 | $23.35 | $23.35 | $23.35 | $23.35 | $23.35 | $23.35 |
| Phoenix Financing | $815.42 | 6.00% | $102.03 | $23.35 | $23.35 | $23.35 | $23.35 | $23.35 | $23.35 |
| The Carlson Law Firm, P.C. | $2,375.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| USAA | $11,998.24 | 0.00% | $0.00 | $268.48 | $268.48 | $268.48 | $268.48 | $268.48 | $268.48 |
| USAA Federal Savings Bank | $19,850.00 | 7.00% | $3,927.87 | $431.90 | $431.90 | $431.90 | $431.90 | $431.90 | $431.90 |
| Wells Fargo Financial | $625.00 | 6.00% | $116.35 | $11.67 | $11.67 | $11.67 | $11.67 | $11.67 | $11.67 |

|  |  |  |  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 |
| NEW BALANCE: | | | | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,167.30 | $1,167.30 | $1,167.30 | $1,167.30 | $1,167.30 | $1,167.30 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $129.70 | $129.70 | $129.70 | $129.70 | $129.70 | $129.70 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 37 | MONTH 38 | MONTH 39 | MONTH 40 | MONTH 41 | MONTH 42 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Honda American Finance Corp. | $18,859.00 | 7.00% | $3,746.79 | $408.55 | $408.55 | $408.55 | $408.55 | $408.55 | $408.55 |
| HSBC/Furniture Row | $1,000.00 | 6.00% | $153.36 | $23.35 | $23.35 | $23.35 | $23.35 | $23.35 | $23.35 |
| Phoenix Financing | $815.42 | 6.00% | $102.03 | $23.35 | $23.35 | $23.35 | $23.35 | $23.35 | $23.35 |
| The Carlson Law Firm, P.C. | $2,375.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| USAA | $11,998.24 | 0.00% | $0.00 | $268.48 | $268.48 | $268.48 | $268.48 | $268.48 | $268.48 |
| USAA Federal Savings Bank | $19,850.00 | 7.00% | $3,927.87 | $431.90 | $431.90 | $431.90 | $431.90 | $431.90 | $431.90 |
| Wells Fargo Financial | $625.00 | 6.00% | $116.35 | $11.67 | $11.67 | $11.67 | $11.67 | $11.67 | $11.67 |

|  |  |  |  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 |
| NEW BALANCE: | | | | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $1,167.30 | $1,167.30 | $1,167.30 | $1,167.30 | $1,167.30 | $1,167.30 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $129.70 | $129.70 | $129.70 | $129.70 | $129.70 | $129.70 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 43 | MONTH 44 | MONTH 45 | MONTH 46 | MONTH 47 | MONTH 48 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Honda American Finance Corp. | $18,859.00 | 7.00% | $3,746.79 | $408.55 | $410.22 | $418.65 | $418.82 | $419.02 | $419.26 |
| HSBC/Furniture Row | $1,000.00 | 6.00% | $153.36 | $23.35 | $23.41 | $23.70 | $23.69 | $23.68 | $23.66 |
| Phoenix Financing | $815.42 | 6.00% | $102.03 | $23.35 | $19.44 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Carlson Law Firm, P.C. | $2,375.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| USAA | $11,998.24 | 0.00% | $0.00 | $268.48 | $268.86 | $270.45 | $270.11 | $269.71 | $269.22 |
| USAA Federal Savings Bank | $19,850.00 | 7.00% | $3,927.87 | $431.90 | $433.63 | $442.38 | $442.54 | $442.73 | $442.97 |
| Wells Fargo Financial | $625.00 | 6.00% | $116.35 | $11.67 | $11.74 | $12.12 | $12.14 | $12.16 | $12.19 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

IN RE: **Victorio Hanapin Talaoc,** Debtor      CASE NO **10-61407**

       **Elvira Catherine Talaoc,** Joint Debtor

                               CHAPTER **13**

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 |
| NEW BALANCE: | | | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$1,167.30** | **$1,167.30** | **$1,167.30** | **$1,167.30** | **$1,167.30** | **$1,167.30** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $129.70 | $129.70 | $129.70 | $129.70 | $129.70 | $129.70 |
| ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 49 | MONTH 50 | MONTH 51 | MONTH 52 | MONTH 53 | MONTH 54 |
|---|---|---|---|---|---|---|---|---|---|
| Honda American Finance Corp. | $18,859.00 | 7.00% | $3,746.79 | $419.57 | $521.52 | $547.65 | $548.08 | $548.69 | $554.58 |
| HSBC/Furniture Row | $1,000.00 | 6.00% | $153.36 | $23.64 | $25.94 | $25.96 | $25.20 | $24.13 | $12.20 |
| Phoenix Financing | $815.42 | 6.00% | $102.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Carlson Law Firm, P.C. | $2,375.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| USAA | $11,998.24 | 0.00% | $0.00 | $268.62 | $54.27 | $0.00 | $0.00 | $0.00 | $0.00 |
| USAA Federal Savings Bank | $19,850.00 | 7.00% | $3,927.87 | $443.25 | $547.99 | $574.35 | $574.13 | $573.82 | $578.30 |
| Wells Fargo Financial | $625.00 | 6.00% | $116.35 | $12.22 | $17.58 | $19.34 | $19.89 | $20.66 | $22.22 |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 |
| NEW BALANCE: | | | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$1,167.30** | **$1,167.30** | **$1,167.30** | **$1,167.30** | **$1,167.30** | **$1,167.30** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $129.70 | $129.70 | $129.70 | $129.70 | $129.70 | $129.70 |
| ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 55 | MONTH 56 | MONTH 57 | MONTH 58 | MONTH 59 | MONTH 60 |
|---|---|---|---|---|---|---|---|---|---|
| Honda American Finance Corp. | $18,859.00 | 7.00% | $3,746.79 | $560.74 | $561.39 | $541.77 | $0.00 | $0.00 | $0.00 |
| HSBC/Furniture Row | $1,000.00 | 6.00% | $153.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Phoenix Financing | $815.42 | 6.00% | $102.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Carlson Law Firm, P.C. | $2,375.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| USAA | $11,998.24 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| USAA Federal Savings Bank | $19,850.00 | 7.00% | $3,927.87 | $581.73 | $575.82 | $510.15 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Financial | $625.00 | 6.00% | $116.35 | $24.83 | $30.09 | $65.24 | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 |
| NEW BALANCE: | | | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 | $1,297.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$1,167.30** | **$1,167.30** | **$1,117.16** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | $0.00 | $0.00 | $50.14 | $1,167.30 | $1,167.30 | $1,167.30 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $129.70 | $129.70 | $129.70 | $129.70 | $129.70 | $129.70 |
| ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | |
|---|---|---|
| B6I (Official Form 6I) (12/07) | | |
| In re **Victorio Hanapin Talaoc** | Case No. **10-61407** | |
|      **Elvira Catherine Talaoc** | (if known) | |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Daughter<br>                    Son<br>                    Daughter | Age(s): 18<br>15<br>4 | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Active Duty Military | Unemployed |
| Name of Employer | DFAS-DGG-CL | |
| How Long Employed | | |
| Address of Employer | Garnishment Operations<br>P.O Box 998002<br>Cleveland, OH 44199-8002 | |

| | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | |
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $5,798.87 | $0.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$5,798.87** | **$0.00** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $332.40 | $0.00 |
| | b. Social Security Tax | $246.08 | $0.00 |
| | c. Medicare | $57.55 | $0.00 |
| | d. Insurance | $31.72 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify)   SGLI and AFRH | $36.00 | $0.00 |
| | h. Other (Specify)   AER | $186.66 | $0.00 |
| | i. Other (Specify) | $0.00 | $0.00 |
| | j. Other (Specify) | $0.00 | $0.00 |
| | k. Other (Specify) | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$890.41** | **$0.00** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$4,908.46** | **$0.00** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. Prorated income tax return | $544.00 | $0.00 |
| | b. | $0.00 | $0.00 |
| | c. | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$544.00** | **$0.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$5,452.46** | **$0.00** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$5,452.46** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE: **Victorio Hanapin Talaoc**  Case No. **10-61407**
**Elvira Catherine Talaoc**
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☑ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,275.00 |
|     a. Are real estate taxes included?   ☑ Yes   ☐ No | |
|     b. Is property insurance included?   ☑ Yes   ☐ No | |
| 2. Utilities: a. Electricity and heating fuel | $250.00 |
|           b. Water and sewer | $60.00 |
|           c. Telephone | |
|           d. Other: Cable, Internet, & Cell phone | $200.00 |
| 3. Home maintenance (repairs and upkeep) | $50.00 |
| 4. Food | $600.00 |
| 5. Clothing | $90.00 |
| 6. Laundry and dry cleaning | $50.00 |
| 7. Medical and dental expenses | $32.46 |
| 8. Transportation (not including car payments) | $300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | |
|         b. Life | $125.00 |
|         c. Health | |
|         d. Auto | $120.00 |
|         e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto: | |
|     b. Other: | |
|     c. Other: | |
|     d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: Beauty/Barber | $50.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,302.46** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $5,452.46 |
| b. Average monthly expenses from Line 18 above | $3,302.46 |
| c. Monthly net income (a. minus b.) | $2,150.00 |

B6J (Official Form 6J) (12/07)

IN RE: **Victorio Hanapin Talaoc**  
**Elvira Catherine Talaoc**

Case No. **10-61407**  
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

## *SEPARATE SPOUSE BUDGET*

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) <br>      a. Are real estate taxes included? ☐ Yes ☑ No <br>      b. Is property insurance included? ☐ Yes ☑ No | $300.00 |
| 2. Utilities: a. Electricity and heating fuel <br>            b. Water and sewer <br>            c. Telephone <br>            d. Other: Cell Phone | $100.00 <br><br><br> $100.00 |
| 3. Home maintenance (repairs and upkeep) <br> 4. Food <br> 5. Clothing <br> 6. Laundry and dry cleaning <br> 7. Medical and dental expenses <br> 8. Transportation (not including car payments) <br> 9. Recreation, clubs and entertainment, newspapers, magazines, etc. <br> 10. Charitable contributions | <br> $200.00 <br> $50.00 <br><br> $50.00 <br> $200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) <br>      a. Homeowner's or renter's <br>      b. Life <br>      c. Health <br>      d. Auto <br>      e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) <br> Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) <br>      a. Auto: <br>      b. Other: <br>      c. Other: <br>      d. Other: | |
| 14. Alimony, maintenance, and support paid to others: <br> 15. Payments for support of add'l dependents not living at your home: <br> 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) <br> 17.a. Other: Beauty/Barber <br> 17.b. Other: | <br><br><br> $40.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$1,040.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **Debtor is stationed in El Paso and has separate living expenses. Debtor's AER loan payments will end in December 2011 and plan payments will increase accordingly.** | |
| 20. STATEMENT OF MONTHLY NET INCOME <br> a. Average monthly income from Line 15 of Schedule I <br> b. Average monthly expenses from Line 18 above <br> c. Monthly net income (a. minus b.) | <br> $0.00 <br> $1,040.00 <br> ($1,040.00) |